

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

OSCAR ROBERTO PINEDA PARADA    CASE NO. 25-cv-1660 SEC P

-vs-               JUDGE DRELL

SHAD RICE ET AL     MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 31), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's "Amended Verified Petition for Writ of Habeas Corpus is **GRANTED**. It is further

**ORDERED** that Petitioner shall be released from custody by 5:00 p.m. on Monday, July 27, 2026 with all of his property and any and all identification documents necessary to enable and ensure his return home.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this _22ND_ day of July 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT